### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **PET-AG, INC.**, a Delaware corporation,, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MARNY COMPANY LLC**, a Texas limited ) <br> liability company, **HERMANN NJIKE**, a ) <br> natural person, **BRITTNEY NJIKE**, a natural ) <br> person, and **JOHN DOES 1-10**, individually or ) <br> as corporations/business entities, ) <br> ) <br> Defendants. ) | Case No: 1:23-cv-05132 <br><br> Judge Matthew F. Kennelly |

### AGREED MOTION FOR ENTRY OF STIPULATED
### FINAL JUDGMENTAND PERMANENT INJUNCTION

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Pet-Ag, Inc. ("Plaintiff") submits this agreed motion for entry of stipulated final judgment and a permanent injunction. In support, Plaintiff state as follows:

1. Plaintiff filed this lawsuit on August 3, 2023.

2. Plaintiff and defendants Marny Company LLC, Hermann Njike, and Brittney Njike ("Defendants") (together with Plaintiff, "the Parties") have reached an agreement on settlement terms that will resolve this case in full. The Parties' settlement is conditioned on this Court entering the proposed Stipulated Final Judgment and Permanent Injunction that has been submitted with this motion. Each of the Parties has agreed on the terms in the proposed Stipulated Final Judgment and Permanent Injunction.

-2-

3. Accordingly, Plaintiff hereby requests that this Court enter the proposed Stipulated Final Judgment and Permanent Injunction and retain jurisdiction over this matter only for the purpose of enforcing and/or adjudicating claims that a party has violated the Stipulated Final Judgment and Permanent Injunction.

Dated: September 11, 2023          Respectfully submitted,

| | |
|---|---|
| */s/ Daniel C.F. Wucherer* | */s/ Leslie R. Gillis* |
| Daniel C.F. Wucherer | Leslie R. Gillis |
| Vorys, Sater, Seymour and Pease LLP | Rosenbaum & Segall, P.C. |
| 301 E. 4th Street, Suite 3500 | 780 Long Beach Blvd. |
| Cincinnati, OH 45202 | Long Beach, NY 11561 |
| Tel: (513) 723-4093: Fax: (513) 852-7811 | Tel: (212) 256-1109 |
| dcwucherer@vorys.com | leslieg@amazonsellerslawyer.com |
| | |
| Matthew Jason Singer | ***Attorneys for Defendants Marny Company*** |
| Matt Singer Law, LLC | ***LLC, Hermann Njike, and Brittney Njike*** |
| 77 Wacker Drive, Suite 4500 | |
| Chicago, IL 60601 | |
| Tel: (312) 248-9123 | |
| matt@mattsingerlaw.com | |

***Attorneys for Plaintiff Pet-Ag, Inc.***

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Court on September 11, 2023. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. A copy of the foregoing will also be provided by email to the following counsel for Defendants:

Leslie R. Gillis
Rosenbaum & Segall, P.C.
780 Long Beach Blvd.
Long Beach, NY 11561
Tel: (212) 256-1109
leslieg@amazonsellerslawyer.com

                 */s/ Daniel C.F. Wucherer*
                 Daniel C.F. Wucherer